FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JUL 2 5 2018
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:18-00006 |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 2 |
| THOMAS WARREN SHELTON | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 21 U.S.C. § 841(a)(1) |
| COURTNEY SNOW DAILY | ) | 21 U.S.C. § 846 |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

Between on or about February 5, 2018, and on or about June 28, 2018, the exact dates unknown to the Grand Jury, in the Middle District of Tennessee and elsewhere, **THOMAS WARREN SHELTON** and **COURTNEY SNOW DAILY** did combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about February 5, 2018, in the Middle District of Tennessee, **COURTNEY SNOW DAILY** did knowingly and intentionally distribute and possess with intent to distribute a

quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about February 6, 2018, in the Middle District of Tennessee, **COURTNEY SNOW DAILY** did knowingly and intentionally distribute and possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about February 13, 2018, in the Middle District of Tennessee, **THOMAS WARREN SHELTON** and **COURTNEY SNOW DAILY** did knowingly and intentionally distribute and possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about February 13, 2018, in the Middle District of Tennessee, **THOMAS WARREN SHELTON** and **COURTNEY SNOW DAILY** knowingly possessed a firearm in furtherance of a drug trafficking crime for which the defendants may be prosecuted in a court of the United States, that is: distribution and possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and Section 2.

## COUNT SIX

THE GRAND JURY FURTHER CHARGES:

On or about February 28, 2018, in the Middle District of Tennessee, **THOMAS WARREN SHELTON** did knowingly and intentionally distribute and possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES:

On or about February 28, 2018, in the Middle District of Tennessee, **THOMAS WARREN SHELTON** and **COURTNEY SNOW DAILY** did knowingly and intentionally

possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT EIGHT

THE GRAND JURY FURTHER CHARGES:

On or about February 28, 2018, in the Middle District of Tennessee, **THOMAS WARREN SHELTON** and **COURTNEY SNOW DAILY** knowingly possessed firearms in furtherance of a drug trafficking crime for which the defendants may be prosecuted in a court of the United States, that is: possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT NINE

THE GRAND JURY FURTHER CHARGES:

On or about March 19, 2018, in the Middle District of Tennessee, **THOMAS WARREN SHELTON** and **COURTNEY SNOW DAILY** did knowingly and intentionally distribute and possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TEN

THE GRAND JURY FURTHER CHARGES:

On or about March 19, 2018, in the Middle District of Tennessee, **THOMAS WARREN SHELTON** knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is: possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT ELEVEN

THE GRAND JURY FURTHER CHARGES:

On or about March 22, 2018, in the Middle District of Tennessee, **THOMAS WARREN SHELTON** did knowingly and intentionally distribute and possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWELVE

THE GRAND JURY FURTHER CHARGES:

On or about June 25, 2018, in the Middle District of Tennessee, **THOMAS WARREN SHELTON** did knowingly and intentionally distribute and possess with intent to distribute 5

5

grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTEEN

THE GRAND JURY FURTHER CHARGES:

On or about June 28, 2018, in the Middle District of Tennessee, **THOMAS WARREN SHELTON** and **COURTNEY SNOW DAILY** did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOURTEEN

THE GRAND JURY FURTHER CHARGES:

On or about June 28, 2018, in the Middle District of Tennessee, **THOMAS WARREN SHELTON** and **COURTNEY SNOW DAILY** knowingly possessed firearms in furtherance of a drug trafficking crime for which the defendants may be prosecuted in a court of the United States, that is: possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18,

United States Code, Section 2.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

                                                        A TRUE BILL

                                                        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                                                        FOREPERSON

DONALD Q. COCHRAN
UNITED STATES ATTORNEY

*[signature]*
JIMMIE LYNN RAMSAUR
ASSISTANT UNITED STATES ATTORNEY