Courtney Daily# 25700-075
SPC Aliceville
P.O. Box 487
Aliceville, Al. 35442

RECEIVED
in Clerk's Office
FEB 26 2021
U.S. District Court
Middle District of TN

Judge Eli Richardson
110 9th Ave South
Nashville, TN 37203

Re: Aid during this time of Natural Disaster/State of Emergency
Case No: 1:18-cr-00006-2

Dear Judge

I am writing you today and offering my aid for assistance during this national emergency, In Implementing Directives 13603 of 16 March 2020 Part C- Expansion of Production Capacity and Supply Section 301. Loan liabilities (a) To Reduce Current or Expected Shortage of Resources, Critical Technology Items or Materials Essential for National Defense, Head of any National Defense Procurement Agency, (H)This Order, authorized under section 301 of the Act, [formerly] 50 USC Application 2091, for securing loans by private institutions.

In section 301(b) each guarantee authority is designated and authorized: (1)to serve as a fiscal agent in obtaining its own guarantee contracts and otherwise in carrying out the objectives of section 301 of the Act; (2) A contract with any Federal Reserve Bank to assist the agency in acting as a fiscal agent. The terms of the loans under this authority will be determined in consultation with the Secretary of the Treasury and/or the individual making such offer along with the Director of the facility.

I am during this time of emergency offering my service free of charge, and want to donate any pay to the United States to aid as the United States see fit. Under section 311 of the Act, the head of any national procurement agency is empowered to preside under section 107(a) of this Act or any other provision of law that provides appropriate incentives for the development, maintenance, modernization, restoration and expansion of local resources for critical components, items Critical technology, materials and industrial resources to the implementation of the United States national Security Strategy.

Currently I am not aware of whether you know it or not, but according to 50 Execution 4305 part 2 of Enemy Law Trade, and 12 USC 95(a) any payment, transfer, allotment or delivery of property or interest therein, made or accounted for of the United States, or under the Authorized Provision, under this Division or any rule, regulation, provision or provisions set forth below shall be within the full credit and completion of all the purposes of the undertaking of the person doing the same; And no person shall be liable in any court in respect of or in respect of anything done or omitted in good faith in connection with the management, or following and dependence, in this division, or any rule, regulation, instruction or direction issued below.

I am sending you this contract/offer to assist the United States during this time of emergency/natural disaster and in return request an acquittal from all charges and reinstatement of my nursing license, and to be put on the front line to aid my fellow americans.

Please accept this contract/offer and release I immediately from the custody of the Federal Bureau of Prison. Any and all contracts for pay with be donated to the United States.

Courtney Daily 2/21/21
Courtney Daily # 25700-075
SPC Aliceville
P.O. Box 487
Aliceville, AL. 35442

⇔25700-075⇔
Courtney Daily
Satellite Prison Camp
PO BOX 487
SPC E Unit
Aliceville, AL 35442
United States

BIRMINGHAM AL 350
23 FEB 2021 PM 3 L

37203-387011

Honorable Judge Eli Richardson
Federal Courts
110 9th Ave South
Nashville, TN 37203

RECEIVED
in Clerk's Office
FEB 26 2021
U.S. District Court
Middle District of TN

